IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 8 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* CECILIA GUARDIOLA, et al. | 08-CV-667 |
| Plaintiffs | Judge Lynn N. Hughes |
| v. | FILED <u>EX PARTE</u> AND UNDER SEAL |
| CHRISTUS HEALTH, et al. | |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America ("United States") and Cecilia Guardiola ("Relator") (hereinafter referred to as the "Parties"), through their undersigned attorneys, stipulate to the dismissal with prejudice of the above-captioned action. The Parties and Defendants have reached an agreement to settle this litigation and filing this Joint Stipulation of Dismissal is a condition of that Settlement Agreement, which is attached as Exhibit A.

The Defendants have not been served and have not made an appearance in this action. A redacted copy of the Relator's Complaint has previously been disclosed to the Defendants and their counsel. The Defendants have consented to the voluntary dismissal of this action upon the terms stated in the attached Settlement Agreement.

Furthermore, the Parties stipulate that, with the Court's approval, the Complaint (filed March 28, 2008) be unsealed along with this Joint Stipulation and attached Settlement Agreement, but that the remaining contents of the Court's file remain under seal.

A proposed Order is attached.

                Respectfully submitted,

                KENNETH MAGIDSON
                United States Attorney

                _____
                ANDREW A. BOBB
                Assistant United States Attorney
                State Bar No. 02530350
                919 Milam, Suite 1500
                P.O. Box 61129
                Houston, Texas 77208-1129
                Telephone:   713-567-9766
                Facsimile:    713-718-3303

                ATTORNEYS IN CHARGE FOR
                THE UNITED STATES OF AMERICA


                _____
                MITCHELL R. KREINDLER
                Texas Bar No. 24033516
                S.D. Tex. Bar No. 32980
                Kreindler & Associates
                9219 Katy Freeway, Suite 206
                Houston, TX 77024-1514
                Telephone:   713-647-8888
                Facsimile:    713-647-8889

                ATTORNEY IN CHARGE FOR
                RELATOR CECILIA GUARDIOLA

## CERTIFICATE OF SERVICE

I hereby certify that, on this __18th__ day of April 2012, a true and correct copy of the Joint Stipulation of Dismissal was served by U.S. mail, postage prepaid, and by electronic mail in pdf format, upon Defendants, through their counsel, as follows:

R. Jeffrey Layne
Fulbright & Jaworski LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

_____
Andrew A. Bobb
Assistant United States Attorney