| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

The United States of America, *ex rel.* §
Cecilia Guardiola, *et al.* §
§
      Plaintiffs, §
§
*versus* §    Civil Action H-08-667
§    UNDER SEAL
Christus Health, *et al.* §
§
      Defendants. §

## Dismissal with Prejudice

1. The court, having been advised by the United States and Relator that this matter has been fully settled, dismisses this case with prejudice.

2. The Clerk shall unseal the Complaint (filed March 28, 2008) and this Joint Stipulation of Dismissal (including the attached Settlement Agreement and this Order). The remaining contents of the Court's file shall remain under seal.

2. The court retains jurisdiction to enforce the settlement.

Signed on _____, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge