UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, *ex rel.* | § | |
| Cecilia Guardiola, *et al.,* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-08-667 |
| | § | |
| Christus Health, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

1.  Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2.  This court retains jurisdiction to enforce the settlement.

3.  On the agreement of the parties, these will be unsealed.
    * Complaint (1)
    * Joint stipulation of dismissal (45)
    * Settlement (45)
    * Final Dismissal (46)

Signed on May 22, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge